**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     Jose Fransisco Mendoza-Navarro v. The State of Texas

Appellate case number:   01-18-00706-CR

Trial court case number: 1542074

Trial court:             176th District Court of Harris County


Appellant's appointed counsel, David L. Garza, has filed a motion to withdraw and the accompanying brief required by *Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396 (1967). Purporting to act as appellant's counsel, retained attorney Peyton Z. Peeples has filed "Appellant's Response to Anders Brief." Thus, there are two attorneys who have made appearances in this matter claiming to represent appellant.

The Court orders Peeples to either file a motion to substitute as counsel, *see* TEX. R. APP. P. 6, or present this court with authority permitting a retained attorney to file a response to an *Anders* brief. The motion or response are due **within 10 days of the date of this order**.

It is so ORDERED.


Judge's signature: ____/s/ Peter Kelly_____
                ☑ Acting individually    ☐ Acting for the Court


Date: ____January 30, 2020____